UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY GENSMAN, a single person, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | No. 2:18-CV-00171-SMJ <br><br> **ORDER DISMISSING CASE** |

On June 19, 2018, the parties filed a stipulated dismissal, ECF No. 6. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation for Dismissal Without Prejudice and Without Costs, **ECF No. 6**, is **GRANTED.**

**2.** All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of June 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2